IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ARKOM CHULAMORKODT, M.D.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **CH ALLIED SERVICES, INC.,** | ) | Civil No. **04-693-MJR** |
| **DAN GANTZ, DON RAMES,** | ) | |
| **BRIAN DOSSETT**, **LARRY CARROLL**, | ) | |
| **PEGGY SCHOLES, and** | ) | |
| **BUNNY BROSMAN,** | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

**PROUD, Magistrate Judge:**

Plaintiff's Motion for Leave to File a Reply to Defendants' Joint Opposition **(Doc. 31)**,

Plaintiff's Motion to Strike Memorandum in Opposition **(Doc. 39)**, and Plaintiff's Motion for

Leave to File a Reply **(Doc. 40)** are **DENIED as moot**.

**IT IS SO ORDERED.**

**DATE:  June 16, 2005.**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**